1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE HARALA,<br><br>                Plaintiff,<br><br>   v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, a foreign corporation doing business in the State of Washington,<br><br>                Defendant. | NO: 2:20-CV-0476-TOR<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE |

14  BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with

15  Prejudice. ECF No. 63. The parties agree that the above-captioned matter should

16  be dismissed with prejudice and that the parties should bear their own attorneys'

17  fees and costs. The Court has reviewed the record and files herein and is fully

18  informed.

19  According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing

20  a stipulation signed by all parties who have appeared.

ORDER GRANTING DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Stipulated Motion for Dismissal with Prejudice, ECF No. 63, is **GRANTED**. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party bearing its own attorneys' fees and costs.

2. All deadlines and hearings and trial are **VACATED**.

3. All pending motions are **DENIED** as moot.

The District Court Executive is directed to enter this Order and Judgment of Dismissal with Prejudice, furnish copies to counsel, and **CLOSE** the file.

**DATED** November 1, 2021.



THOMAS O. RICE
United States District Judge

ORDER GRANTING DISMISSAL WITH PREJUDICE ~ 2